IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LORRAINE MANATT,

      Plaintiff,                              3:10-cv-00505-HDM-VPC

  vs.                                        ORDER

STATE OF NEVADA, *et al.*,

      Defendants.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

    Dated this 23rd day of August, 2010.


_____
UNITED STATES DISTRICT JUDGE